IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| TEAGUE CONWAY,<br>   BY AND THROUGH HIS PARENTS<br>   AND NATURAL GUARDIANS,<br>   CHRIS AND KRISTEN CONWAY,<br>MOLLY GUINAN,<br>   BY AND THROUGH HER PARENTS<br>   AND NATURAL GUARDIANS,<br>   KEVIN AND JUDITH GUINAN, and<br>MARK AARON HESS,<br>   BY AND THROUGH HIS PARENTS<br>   AND NATURAL GUARDIANS,<br>   MARK AND ANGELA HESS, | |
| v. | CIVIL ACTION<br>NO. 04-4862 |
| A.I. DUPONT HOSPITAL FOR<br>CHILDREN,<br>NEMOURS FOUNDATION,<br>NEMOURS CARDIAC CENTER,<br>WILLIAM I. NORWOOD, MD,<br>JOHN MURPHY, MD,<br>NuMED, INC.,<br>ALLAN J. TOWER, and<br>NEMOURS DE INSTITUTIONAL<br>REVIEW BOARD | |

**ORDER**

AND NOW, this 11th day of January, 2008, upon conclusion of pretrial discovery, after conference with Counsel on January 7, 2008, and in keeping with the Scheduling Order of May 1, 2007, it is ORDERED that minor Plaintiffs Teague Conway, Molly Guinan and Mark Aaron Hess be tried separately and issued separate civil action numbers for the purpose of such trials. The Clerk is directed to issue a civil action number to Plaintiff Guinan and Plaintiff

Hess.  The Clerk shall mark these cases related.

  IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick
R. Barclay Surrick, Judge

Faxed to attached counsel. 1/11/08

Emailed Appel
     Blanco
1-14-08  Villanueva
     Gimbel
     Petrosky
     Pritchard
     Cragan
     Rothenberger
     Beasley

Mailed: Axelrod